# United States District Court
## Violation Notice NP20142938

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9106088 | Marin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/05/2020 2052 | 36 CFR 4.23(a)(1) |

**Place of Offense:** Fifth St at 1st Ave

**Offense Description:** Operation Motor Vehicle Under The Influence of Alcohol — Unsafe Operation

### DEFENDANT INFORMATION

**Last Name:** Leo-Radzikowski  **First:** Ashlyn  **MI:** N

**Tag No:** 6KC459  **State:** MA  **Year:** 00  **Make:** Lincoln Town  **Color:** White

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions.

$ N/A  Forfeiture Amount
+ $30 Processing Fee
$ N/A  Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE

leoashlyn36@gmail.com
Gardner (781)-665-1937  Dorothy

X Defendant Signature

*9106088*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/05, 20 20 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts

I was on uniformed patrol in a marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2252 hrs I saw a white Lincoln Town Car (MA 6KC459) drive down 5th St and stop at the stop sign at the intersection. The occupants got out and began kissing and hugging in the middle of the road while other vehicles drove by. The occupants returned to the car, switching places. The vehicle remained at the stop sign for approximately another minute while the occupants continued to kiss in the car. The vehicle turned left on to 1st Ave without signaling. I stopped the vehicle and identified the current driver by US Passport and SS as Ashlyn LEO-RADZIKOWSKI (LEO). LEO showed signs of impairment and admitted to drinking at least four alcoholic beverages in the previous couple hours. I smelled the odor of alcoholic beverage coming from her person. LEO consented to verbal tests and Standardized Field Sobriety Tests. LEO had trouble following directions and showed signs of impairment during all tests. I observed 6 of 6 clues for Horizontal Gaze Nystagmus with Vertical Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 3 out of 4 clues for One Leg Stand. I arrested LEO for Operating Under the Influence of Alcohol. I transported LEO to the MA State Police Medford Barracks where LEO agreed to and submitted a chemical breath sample of .10g/210 L BAC. I issued LEO 4 Mandatory Appearance VN's for violating 36 CFR 4.23 (a)(1) (OUI-Unsafe Op), 4.23 (a)(2) (OUI BAC>.08%), and 4.2 (b)= MGL Ch 91 Sect 10 (Operating vehicle w/out valid license). I gave LEO a verbal warning for failure to use turn signal and open container of alcohol. This incident was recorded. NP20142938

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

NP20142938

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9106089 | Morin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 10/05/2020 2252 | 36 CFR 4.23(a)(2) |

**Place of Offense:** Fifth St @ 1st Ave

**Offense Description:** OUI - Blood Alcohol over .08

### DEFENDANT INFORMATION

**Last Name:** Leo-Radzikowski
**First Name:** Ashlyn
**MI:** N

| Tag No. | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| 6KC459 | MA | 00 | Lincoln | Town | White |

☒ A **APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

☐ B **APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ MA Forfeiture Amount
+ $30 Processing Fee
$ MA Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE

X Defendant Signature: [signature]

Original - CVB Copy

*9106089*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/05, 20 20 while exercising my duties as a law enforcement officer in the _____ District of Massachusetts.

I was on uniformed patrol in a marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2252 hrs I saw a white Lincoln Town Car (MA 6KC459) drive down 5th St and stop at the stop sign at the intersection. The occupants got out and began kissing and hugging in the middle of the road while other vehicles drove by. The occupants returned to the car, switching places. The vehicle remained at the stop sign for approximately another minute while the occupants continued to kiss in the car. The vehicle turned left on to 1st Ave without signaling. I stopped the vehicle and identified the current driver by US Passport and SS as Ashlyn LEO-RADZIKOWSKI (LEO). LEO showed signs of impairment and admitted to drinking at least four alcoholic beverages in the previous couple hours. I smelled the odor of alcoholic beverage coming from her person. LEO consented to verbal tests and Standardized Field Sobriety Tests. LEO had trouble following directions and showed signs of impairment during all tests. I observed 6 of 6 clues for Horizontal Gaze Nystagmus with Vertical Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 3 out of 4 clues for One Leg Stand. I arrested LEO for Operating Under the Influence of Alcohol. I transported LEO to the MA State Police Medford Barracks where LEO agreed to and submitted a chemical breath sample of .10g/210 L BAC. I issued LEO 4 Mandatory Appearance VN's for violating 36 CFR 4.23 (a)(1) (OUI-Unsafe Op), 4.23 (a)(2) (OUI BAC>.08%), and 4.2 (b)- MGL Ch 90 Sect 10 (Operating vehicle w/out valid license). I gave LEO a verbal warning for failure to use turn signal and open container of alcohol. This incident was reported NP20142938

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/27/2020  [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

NP20142938

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9106091 | Marin | 1352 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/05/2020 2252 | 36 CFR 4.2(b) MGL90§10 |

Place of Offense: Fifth St @ 1st Ave

Offense Description: Factual Basis for Charge: Operating Vehicle w/out Driver's License (valid)(sus)

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Leo-Radzikowski    First Name: Ashlyn    M.I.: N

[address redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | CDL ☐ |
|---|---|---|---|---|---|
| 6KC459 | MA | 00 | Lincoln Town Car wht | | |

APPEARANCE IS REQUIRED — Box A checked — must appear in court

Forfeiture Amount: MA
+ $30 Processing Fee
Total Collateral Due: MA

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE: [blank]

X Defendant Signature: [signature]

*9106091*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/05, 20 20 while exercising my duties as a law enforcement officer in the District of Massachusetts

I was on uniformed patrol in a marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2252 hrs I saw a white Lincoln Town Car (MA 6KC459) drive down 5th St and stop at the stop sign at the intersection. The occupants got out and began kissing and hugging in the middle of the road while other vehicles drove by. The occupants returned to the car, switching places. The vehicle remained at the stop sign for approximately another minute while the occupants continued to kiss in the car. The vehicle turned left on to 1st Ave without signaling. I stopped the vehicle and identified the current driver by US Passport and SS as Ashlyn LEO-RADZIKOWSKI (LEO). LEO showed signs of impairment and admitted to drinking at least four alcoholic beverages in the previous couple hours. I smelled the odor of alcoholic beverage coming from her person. LEO consented to verbal tests and Standardized Field Sobriety Tests. LEO had trouble following directions and showed signs of impairment during all tests. I observed 6 of 6 clues for Horizontal Gaze Nystagmus with Vertical Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 3 out of 4 clues for One Leg Stand. I arrested LEO for Operating Under the Influence of Alcohol. I transported LEO to the MA State Police Medford Barracks where LEO agreed to and submitted a chemical breath sample of .10g/210 L BAC. I issued LEO 4 Mandatory Appearance VN's for violating 36 CFR 4.23 (a)(1) (OUI-Unsafe Op), 4.23 (a)(2) (OUI BAC>.08%), and 4.2 (b)- MGL Ch 90 Sect 10 (Operating vehicle w/out valid license). I gave LEO a verbal warning for failure to use turn signal and open container of alcohol. This incident was recorded. NP20142938

The foregoing statement is based upon:
☑ my personal observation    ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/27/2020    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/30/2020 9:48

## United States District Court
### Violation Notice

NP20142938

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MA64 | 9106090 | Monn | 1352 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 10/05/2020 2252 | 36 CFR 4.13(a)) |

Place of Offense: Fifth St @ 1st Ave

Offense Description: Factual Basis for Charge:
Obstructing Traffic - Parking In Roadway

**DEFENDANT INFORMATION**

Last Name: Leo-Radzikowski  First Name: Ashlyn  M.I.: N

Tag No: 6KC459  State: MA  Year: 00  Make: Lincoln Town  Color: White

**APPEARANCE IS REQUIRED** / **APPEARANCE IS OPTIONAL**

A □ If Box A is checked, you must appear in court. See instructions.
B □ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ MA Forfeiture Amount
+ $30 Processing Fee
$ MA Total Collateral Due

PAY THIS AMOUNT AT → www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ___ Date: ___ Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9106090*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/05, 20 20 while exercising my duties as a law enforcement officer in the ___ District of Massachusetts

I was on uniformed patrol in a marked patrol vehicle at the intersection of 1st Ave and 5th St in Charlestown. This area is within the boundaries of Boston National Historical Park. At approximately 2252 hrs I saw a white Lincoln Town Car (MA 6KC459) drive down 5th St and stop at the stop sign at the intersection. The occupants got out and began kissing and hugging in the middle of the road while other vehicles drove by. The occupants returned to the car, switching places. The vehicle remained at the stop sign for approximately another minute while the occupants continued to kiss in the car. The vehicle turned left on to 1st Ave without signaling. I stopped the vehicle and identified the current driver by US Passport and SS as Ashlyn LEO-RADZIKOWSKI (LEO). LEO showed signs of impairment and admitted to drinking at least four alcoholic beverages in the previous couple hours. I smelled the odor of alcoholic beverage coming from her person. LEO consented to verbal tests and Standardized Field Sobriety Tests. LEO had trouble following directions and showed signs of impairment during all tests. I observed 6 of 6 clues for Horizontal Gaze Nystagmus with Vertical Gaze Nystagmus, 4 of 8 clues for Walk and Turn, and 3 out of 4 clues for One Leg Stand. I arrested LEO for Operating Under the Influence of Alcohol. I transported LEO to the MA State Police Medford Barracks where LEO agreed to and submitted a chemical breath sample of .10g/210 L BAC. I issued LEO 4 Mandatory Appearance VN's for violating 36 CFR 4.23 (a)(1) (OUI-Unsafe Op), 4.23 (a)(2) (OUI BAC>.08%), and 4.2 (b)- MGL Ch 90 Sect 10 (Operating vehicle w/out valid license). I gave LEO a verbal warning for failure to use turn signal and open container of alcohol. This incident was recorded. NP20142938

☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/27/2020  _____ signature _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 10/28/2020 10:15

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on September 11th, 2020 while exercising my duties as a law enforcement officer in the Federal District of Massachusetts

At approximately 20:05 hrs I was on patrol at Coast Guard Beach Parking lot in Cape Cod National Seashore, when I observed a white Lexis parked on a walking path. This location is in Cape Cod National Seashore (CACO), which is within the Special Maritime and Territorial Jurisdiction of the United States. The path was located between two buildings and was blocked by a painted yellow bollard, put there to stop motor vehicles from entering. The vehicle had driven past this and had driven to the beginning of a fenced in walking path. I pulled behind the bollard, located to the rear of the vehicle. The vehicle had MA tags 9LS314, it was on and began slowly reversing in my direction, I activated the emergency equipment in my fully marked cruiser and the vehicle continued to reverse slowly in my direction. I ran the vehicles plate and it came back registered to a LEONARDO, DENISE of MA.

The driver got out of the vehicle and approached me, and identified herself as a LEONARDO, Denise. Contact was made with LEONARDO's husband, who stated they had alcohol beverages tonight, and that his wife was drunk. At this time LEONARDO appeared to be impaired. I advised LEONARDO that we would be doing a few tests to see if she was safe to drive, she agreed.

At the time of the test I observed LEONARDOS face was flushed and her eyes were blood shot, red and watery. I could smell the odor of an alcoholic beverage emanating directly from her person. Upon checking for Horizontal Gaze Nystagmus LEONARDO presented with 6/6 clues, showing a lack of smooth pursuit, distinct and sustained nystagmus at max deviation and onset of nystagmus prior to 45 degrees.

Upon conducting the walk and turn test, LEONARDO presented with 5/8 clues. While conducting the test LEONARDO stated, "she couldn't do this sober", and was unable to touch her feet heel to toe for the majority of the test. She took the incorrect number of steps on the initial pass, stopping at 13 and continued walking until she reached her vehicle. LEONARDO turned around and took the incorrect number of steps back, taking 15 and being stopped before walking into my police cruiser.

During the one leg stand LEONARDO presented with 3/4 clues. During the instruction phase, LEONARDO began the test before instructed to do so. When she was advised to begin the test, LEONARDO put her foot down numerous times and the test was stopped for her safety, as she was off balance and unsteady.

LEONARDO submitted to a roadside breath test recording .155 on a breath. At this time LEONARDO was placed under arrest and charged with

A Mandatory Appearance was given for the following Violations; 36 CFR 4.23 (a)(1) operating a motor vehicle under the influence of alcohol, 36 CFR 4.23(a)(2) operating a motor vehicle while the alcohol concentration in the operators blood or breath is 0.08 or higher, and 36 CFR 4.10 (a) operating a motor vehicle in an undesignated area. A video recording of this contact is available. "All information on the front of this notice is incorporated by reference here in."

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/11/2020     _____
Date (mm/dd/yyyy)            Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge