UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ASHLYN LEO-RADZIKOSKI<br>            Defendant |

CRIMINAL NO.: 21-po-5091-JGD

## NOTICE OF APPEARANCE

Here comes the undersigned attorney and submits this notice of appearance on behalf of

the above captioned defendant in this docketed case[1], arraigned on 2/3/2021.

Dated: 2/3/2021
Boston, Massachusetts

cc: Kennith.Shine@USDOJ.gov

Respectfully submitted;
By counsel for the Defendant,

*Stefan Rozembersky*

Stefan John Rozembersky, Esq., BBO# 687062
15 Evergreen Dr., #1520, Middleborough, MA 02346
*Call/text*: 617-877-7388 | Rozembersky.Esq@gmail.com
ЯR www.RozemberskyLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the Government at Kenneth.Shine@usdoj.gov, the attorney of record for the Government by email on Feb 3, 2021.  Signed:

*Stefan Rozembersky*

Stefan Rozembersky

---

[1] Violation numbers: 9106089,**9106088**, 9106091, 9106090